**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Emilio CANEL–RUBY, Defendant—**
**Appellant.**

No. 04–10502.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 19, 2005.

Daniel Jon Santander, AUSA, USTU—Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Hortencia Delgadillo, Esq., Tucson, AZ, for Defendant–Appellant.

Before: REINHARDT, RYMER and HAWKINS, Circuit Judges.

MEMORANDUM **

Emilio Canel–Ruby appeals the sentence imposed following his guilty plea to illegal reentry after deportation in violation of 8 U.S.C. § 1326(a).

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when it is entered into knowingly and voluntarily); *see also United States v. Cardenas*, 405 F.3d 1046, 1048 (9th Cir.2005) (holding that the changes in sentencing law imposed by *United States v. Booker*, — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2004), did not render waiver of appeal involuntary and unknowing).

DISMISSED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.